RECEIVED
U. S. WESTERN DISTRICT OF LA
ROBT H. SHEMWELL, CLERK
AT __5/20/05__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| OMNI ENERGY SERVICES CORP. | § | NO. CV05-0138 |
| | § | |
| VERSUS | § | |
| | § | |
| MANCHESTER SECURITIES CORP., | § | |
| ELLIOTT MANAGEMENT | § | JUDGE MELANCON |
| CORPORATION, GEMINI INVESTMENT | § | |
| STRATEGIES, LLC, GEMINI MASTER | § | |
| FUND, LTD., PROVIDENT PREMIER | § | |
| MASTER FUND, LTD., PORTSIDE | § | MAGISTRATE JUDGE HILL |
| GROWTH AND OPPORTUNITY FUND; | § | |
| and RAMIUS CAPITAL GROUP, LLC | § | |

### ORDER ON UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Pending before the Court in the above-referenced action is Plaintiff Omni Energy Services Corp.'s Unopposed Motion to Dismiss Gemini Master Fund, Ltd. and Gemini Investment Strategies, Inc. with prejudice under Federal Rule of Civil Procedure 41(a)(2). After careful consideration of the law and facts, the Court finds the settlement between Plaintiff Omni Energy Services Corp. and Defendants Gemini Master Fund, Ltd. and Gemini Investment Strategies, Inc. is in the best interest of Plaintiff and its shareholders. The Court further finds that Plaintiff's Unopposed Motion to Dismiss Gemini Master Fund, Ltd. and Gemini Investment Strategies, Inc. with prejudice is GRANTED. It is therefore,

ORDERED that all claims brought by Omni Energy Services Corp. against Gemini Master Fund, Ltd. and Gemini Investment Strategies, Inc. are hereby dismissed with prejudice. The Court shall retain jurisdiction of this matter for purposes of enforcing the settlement agreement entered into by the parties.

Lafayette, Louisiana, this __20th__ day of May, 2005.

COPY SENT
DATE __5/20/05__
BY ___
TO ___

_____
JUDGE